■    In the Matter of the County of Nassau Respondent, Relative to Acquiring Title to Real Property Bounded by Bellmore Avenue from Sunrise Highway Northerly to Jerusalem Avenue, in the Town of Hempstead. Sun Oil Company of Pennsylvania, Appellant.—On the court's own motion, its decision dated September 22, 1975 is hereby amended by inserting therein, immediately after the provision that the partial final decree is "reversed

insofar as appealed from", the following: "with costs". Gulotta, P. J., Rabin, Martuscello, Latham and Shapiro, JJ., concur.